

# IN THE
# TENTH COURT OF APPEALS

### No. 10-16-00062-CR

**THE STATE OF TEXAS,**

**Appellant**

v.

**JOSE ESTRADA,**

**Appellee**

**From the County Court at Law
Walker County, Texas
Trial Court No. 15-0686**

# ORDER

Appellee Jose Estrada's motion for rehearing is denied.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion denied
Order issued and filed August 24, 2016

